In the Matter of the Accounting of LEONA SCHAEFER et al., as Administratrices of the Estate of GEORGE SCHAEFER, Deceased. GEORGE SCHAEFER, JR., Appellant; LEONA SCHAEFER, as Coadministratrix, Respondent-Appellant; KATIE S. HALL, as Coadministratrix, et al., Respondents.—

Present — Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ.

LONG ISLAND TINSMITH SUPPLY CORPORATION, Appellant, v. MICHAEL JANICKI, Respondent.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

LILY MASTERSON, Plaintiff-Respondent, v. F. A. O. SCHWARZ COMPANY, Appellant, and REDELL, THOMPSON & DEMOV, INC., Impleaded Defendant, Respondent.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

DOMINICO PAGANO, Appellant, v. LOUIS PAGANO et al., Respondents.—

Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLORENCE BOLSEN, Appellant.—

No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Lewis, JJ.